UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nolan, et al.

-v-

The Republic of Sudan

**CERTIFICATE OF MAILING**

Case No.: 1:20 cv 10720 (GBD)(SN)
1:03 md 1570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the  26th  day of  May , 2021,  I served:  The Republic of Sudan, Minister of Foreign Affairs, Ministry of Foreign Affairs, P.O Box 873, Gamma Street, Khartoum, Sudan

☒   the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

 1  copy(ies) of the  Notice of Suit pursuant to 28 U.S.C. §1608 & 22 C.F.R §93.2, Sudan Short Form Complaint deemed filed December 18, 2020, Summons, Civil Cover Sheet.

by USPS REGISTERED RE295976068US

Dated: New York, New York
May 26, 2021

RUBY J. KRAJICK
CLERK OF COURT

/s/JaVonn Ross
DEPUTY CLERK